UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-193 (1) (PJS/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v.   )<br>)<br>AMANDA MAY WALSH, )<br>)<br>Defendant. ) | STATEMENT OF FACTS IN<br>SUPPORT OF EXCLUSION OF<br>TIME UNDER SPEEDY TRIAL ACT |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Amanda May Walsh, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act:

This Court issued its Arraignment Order on July 30, 2019, [ECF Doc. 32] which assigned a motions hearing date before the Honorable Leo I. Brisbois on September 6, 2019, at 10:30 a.m., and a Jury Trial date to begin on September 30, 2019.

My attorney has advised me that my codefendant has moved for a continuance of the motions hearing date, and I wish to join in that motion. I understand that if the Court grants the joint motion for continuance that my Jury Trial scheduled to begin on September 30, 2019, may be continued.

I have no objection to the Court rescheduling my Motions Hearing to September 13, 2019, at 10:30 a.m., and I also have no objection to the Court rescheduling my Jury Trial, and I agree to an exclusion of the period of time from the date of the Court's order on my motion through the date of a jury trial to be rescheduled from the Speedy Trial Act computations in this case.

Dated: 8-7-19

Amanda May Walsh, Defendant

Dated: August 7, 2019

/s/ John S. Hughes
Minnesota Attorney #185966
Attorney for Defendant
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
Phone: 612-664-0520
Fax: 612-341-0116